...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,            :    21-Cr-93 (VM)
                                          PART I – before Hon. Sidney H. Stein
        -v-                          :

JOSUE VARGAS,                        :

                Defendant.           :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   IT IS HEREBY ORDERED that there will be a conference on Tuesday, March 12 at 11:30 A.m., regarding the government's appeal of defendant's bail.

Dated: New York, New York
       March 12, 2024

                                SO ORDERED:

                                _____
                                Sidney H. Stein, U.S.D.J.